FILED

06/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0493

# IN THE SUPREME COURT OF THE STATE OF MONTANA

|  |  |  |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF | ) | Case No. DA 22-0493 |
| | ) | |
| LOWELL TIMOTHY SKUNBERG, | ) | **ORDER GRANTING MOTION** |
| | ) | **TO VOLUNTARILY DISMISS** |
| Deceased. | ) | **APPEAL** |
| | ) | |

Appellant Craig Backen has filed an Unopposed Motion to Voluntarily Dismiss Appeal. Appellant and Appellee have reached a settlement, and the appeal is no longer necessary. Appellant's counsel has represented to the Court that Appellee's counsel has been contacted and has no objection to the Motion. Therefore,

IT IS HEREBY ORDERED this matter is here by dismissed, and Appellant is no longer required to file an Opening Brief.

DATED this _____ day of June, 2023.


_____
Clerk of the Montana Supreme Court


Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 26 2023